# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CASEY III,<br><br>Defendant | No. 14-MJ-223<br><br>ORDER FOR REIMBURSEMENT OF ATTORNEY FEES |

On September 17, 2014, Defendant John Casey III appeared in this Court following his arrest on a criminal complaint filed in the United States District Court for the Western District of New York. The Court appointed attorney David Nadler to represent Defendant at the initial appearance. Defendant was released under conditions and ordered to appear before Magistrate Judge Jonathan W. Feldman in Rochester, New York, on October 3, 2014.

Subsequent to the initial appearance, the Court received Defendant's financial affidavit. Defendant is retired from the army and police department and receives $40,000 per year in retirement benefits. In addition, he has $30,000 in savings. According to Defendant's affidavit, "mom is paying all Defendant's living expenses."

The Court concludes that Defendant is financially able to reimburse the United States for the cost of Mr. Nadler's representation at the initial appearance. After Mr. Nadler's attorney fee claim is submitted and approved by the Court, a copy of the order will be sent to Defendant. Defendant will then have fourteen (14) days in which to reimburse the United States for the cost of the representation.

**IT IS SO ORDERED.**

DATED this 22nd day of September, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA